241 U.S. 651
 36 S.Ct. 721
 60 L.Ed. 1222
 IGNATIUS TIMOTHY TRIBICH LINCOLN, Appellant,
v.
JAMES M. POWER, Marshal, etc.
 No. 793.
 Supreme Court of the United States
 May 1, 1916
 
 
 Per Curiam:
 
 
 
 1
 Judgment affirmed with costs upon the authority of (1) Re Oteiza y Cortes, 136 U. S. 330, 334, 34 L. ed. 464, 466, 10 Sup. Ct. Rep. 1031, 8 Am. Crim. Rep. 241; Ornelas v. Ruiz, 161 U. S. 502, 508, 40 L. ed. 787, 789, 16 Sup. Ct. Rep. 689; Bryant v. United States, 167 U. S. 104, 105, 42 L. ed. 94, 95, 17 Sup. Ct. Rep. 744; Terlinden v. Ames, 184 U. S. 270, 278, 46 L. ed. 534, 541, 22 Sup. Ct. Rep. 484, 12 Am. Crim. Rep. 424; Elias v. Ramirez, 215 U. S. 398, 406, 407, 54 L. ed. 253, 256, 257, 30 Sup. Ct. Rep. 131; McNamara v. Henkel, 226 U. S. 520, 523, 57 L. ed. 330, 332, 33 Sup. Ct. Rep. 146; (2) David Kaufman & Sons Co. v. Smith, 216 U. S. 610, 54 L. ed. 636, 30 Sup. Ct. Rep. 419; Toop v. Ulysses Land Co. 237 U. S. 580, 59 L. ed. 1127, 35 Sup. Ct. Rep. 739; Manila Invest. Co. v. Trammell, 239 U. S. 31, 60 L. ed. —, 36 Sup. Ct. Rep. 12.
 
 
 2
 Mr. Addison S. Pratt for appellant.
 
 
 3
 Mr. Charles Fox for appellee.